Kenneth POWELL, Plaintiff—
Appellant,

v.

WEST VIRGINIA DEPARTMENT OF
CORRECTIONS; Jim Rubenstein,
Commissioner; William S. Haines,
Warden; Jerry Haney, Inmate Move-
ment; Randy Shreves, Unit Manager;
Unknown Unit D Counselors, at the
time of the incident; Michael Jack-
son, Unit Counselor, Defendants—Ap-
pellees.

No. 04–7664.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2005.

Decided Feb. 15, 2005.

Kenneth Powell, Appellant pro se.
Charles Patrick Houdyschell, Jr., West
Virginia Division of Corrections, Charles-
ton, West Virginia, for Appellees.

Before WILKINSON, MICHAEL, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Kenneth Powell appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and denying
relief on his 42 U.S.C. § 1983 (2000) com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *See Powell v. West Virginia
Dep't of Corr.*, No. CA–02–67–2
(N.D.W.Va. Sept. 17, 2004). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*